# UNITED STATES DISTRICT COURT

EASTERN _____ District of MASSACHUSETTS

NILSON DEPINA ppq
MARNA DEPINA
v.
DANIEL MATUKAS

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.
2004 JUN 24 A 11: 29
IN CLERKS OFFICE

CASE NUMBER: **04 CV 11000 WGY**

TO: (Name and address of Defendant)

P.O. DANIEL MATUKAS
c/o BROCKTON POLICE DEPT
BROCKTON, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANDREW STOCKWELL-ALPERT, ESQ
109 STATE STREET
BOSTON, MA. 02109

an answer to the complaint which is served on you with this summons, within **TWENTY** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  6-8-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

June 16, 2004

I hereby certify and return that on 6/14/2004 at 02:00 pm I served a true and attested copy of the summons and complaint with civil action cover sheet in this action in the following manner: To wit, by delivering to Chris Hill, Desk Officer, agent, person in charge at the time of service for Daniel Matukas, at Brockton Police Department, Commercial Street, Brockton, MA 02301. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

Deputy Sheriff  Roger B. Whitcomb

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.