UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV11000-WGY

| | |
|---|---|
| NILTON DEPINA, ppa )<br>MARIA DEPINA, )<br>    Plaintiffs )<br>)<br>V. )<br>)<br>DANIEL MATUKAS, )<br>    Defendant )<br>)| **NOTICE OF APPEARANCE FOR<br>DEFENDANT, DANIEL MATUKAS** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

In the above-entitled action, please enter my appearance on behalf of the defendant, Daniel Matukas.

Dated at Boston, Massachusetts this 21st day of July, 2004.

_____
Frank A. Smith, III – BBO #467500
FRANK A. SMITH, III & ASSOCIATES, P.C.
11 Beacon Street, Suite 1200
Boston, MA 02108
(617) 723-3273

**CERTIFICATE OF SERVICE**

I, Frank A. Smith, III, hereby certify that I have this day, July 21, 2004, served a copy of the within Notice of Appearance on plaintiff's counsel, Andrew Stockwell-Alpert, by first class mail, postage prepaid.

_____
Frank A. Smith, III