UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV11000-WGY



| | |
|---|---|
| NILTON DEPINA, ppa )<br>MARIA DEPINA, )<br>Plaintiffs )<br> )<br>V. )<br> )<br>DANIEL MATUKAS, )<br>Defendant )<br>_____ ) | **ANSWER OF DEFENDANT, DANIEL MATUKAS, AND JURY DEMAND** |

## PARTIES

1. The defendant, Daniel Matukas, is unable to admit or deny the allegations of Paragraph 1.

2. The defendant, Daniel Matukas, admits the allegations of Paragraph 2.

3. The defendant, Daniel Matukas, admits the allegations of Paragraph 3.

## FACTUAL ALLEGATIONS

4. The defendant, Daniel Matukas, is unable to admit or deny the allegations of Paragraph 4.

5. The defendant, Daniel Matukas, is unable to admit or deny the allegations of Paragraph 5.

6. The defendant, Daniel Matukas, denies the allegations of Paragraph 6.

7. The defendant, Daniel Matukas, denies the allegations of Paragraph 7.

8. The defendant, Daniel Matukas, denies the allegations of Paragraph 8.

9. The defendant, Daniel Matukas, is unable to admit or deny the allegations of Paragraph 9.

10. The defendant, Daniel Matukas, is unable to admit or deny the allegations of Paragraph 10.

11. The defendant, Daniel Matukas, denies the allegations of Paragraph 11.

12. The defendant, Daniel Matukas, admits that the plaintiff was found "non-delinquent."

## COUNT 1

## VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS

13. The defendant, Daniel Matukas, repeats his responses to Paragraphs 1 through 12 as if fully set forth herein.

14. The defendant, Daniel Matukas, denies the allegations of Count 1, Paragraph 14.

15. The defendant, Daniel Matukas, denies the allegations of Count 1, Paragraph 15.

## COUNT 2

## VIOLATION OF MASSACHUSETTS CIVIL RIGHTS ACT

16. The defendant, Daniel Matukas, repeats his responses to Paragraphs 1 through 12 as if fully set forth herein.

17. The defendant, Daniel Matukas, denies the allegations of Count 2, Paragraph 17.

18. The defendant, Daniel Matukas, denies the allegations of Count 2, Paragraph 18.

## COUNT 3

## ASSAULT AND BATTERY

19. The defendant, Daniel Matukas, repeats his responses to Paragraphs 1 through 12 as if fully set forth herein.

20. The defendant, Daniel Matukas, denies the allegations of Count 3, Paragraph 20.

21. The defendant, Daniel Matukas, denies the allegations of Count 3, Paragraph 21.

## COUNT 4

### FALSE ARREST

22. The defendant, Daniel Matukas, repeats his responses to Paragraphs 1 through 12 as if fully set forth herein.

There is no Paragraph 23.

24. The defendant, Daniel Matukas, denies the allegations of Count 4, Paragraph 24.

25. The defendant, Daniel Matukas, denies the allegations of Count 4, Paragraph 25.

## COUNT 5

### FALSE IMPRISONMENT

26. The defendant, Daniel Matukas, repeats his responses to Paragraphs 1 through 12 as if fully set forth herein.

27. The defendant, Daniel Matukas, denies the allegations of Count 5, Paragraph 27.

28. The defendant, Daniel Matukas, denies the allegations of Count 5, Paragraph 28.

## COUNT 6

### MALICIOUS PROSECUTION

29. The defendant, Daniel Matukas, repeats his responses to Paragraphs 1 through 12 as if fully set forth herein.

30. The defendant, Daniel Matukas, denies the allegations of Count 6, Paragraph 30.

31. The defendant, Daniel Matukas, denies the allegations of Count 6, Paragraph 31.

## COUNT 7

## INFLICTION OF EMOTIONAL DISTRESS

32. The defendant, Daniel Matukas, repeats his responses to Paragraphs 1 through 12 as if fully set forth herein.

33. The defendant, Daniel Matukas, denies the allegations of Count 7, Paragraph 33.

33. The defendant, Daniel Matukas, denies the allegations of Count 7, Second Paragraph 33.

There is no Paragraph 34.

## **AFFIRMATIVE DEFENSES**

## FIRST AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's complaint fails to state a cause of action upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The defendant states that there is no showing of an objectively serious physical injury by the plaintiff to warrant liability under emotional distress.

## THIRD AFFIRMATIVE DEFENSE

The defendant states that if the plaintiff is complaining of emotional distress, there is no showing of an intentional act.

## FOURTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to make proper service.

## FIFTH AFFIRMATIVE DEFENSE

The defendant has qualified immunity from his actions.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiff's emotional distress is not solely related to the alleged actions of the defendant but may be related to other actions.

## SEVENTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to show that he was intimidated or coerced by his actions under M.G.L. c. 12, §11I.

## EIGHTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to prove proximate cause.

## NINTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to show that he used "excessive force" or committed an assault and battery.

## TENTH AFFIRMATIVE DEFENSE

The defendant states that there is no evidence, expert or otherwise, to support the plaintiff's claim for emotional distress and that the plaintiff has failed to prove same.

## ELEVENTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to prove false arrest.

## TWELFTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to show a cause of action under Counts I-VII.

## THIRTEENTH AFFIRMATIVE DEFENSE

The defendant states that he did not commit a "false imprisonment."

### FOURTEENTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to prove malice by the defendant relative to any claim for punitive damages and that he is a police officer who receives a salary from the City of Brockton.

### FIFTEENTH AFFIRMATIVE DEFENSE

Any statements made by the defendant were protected by the First Amendment.

### SIXTEENTH AFFIRMATIVE DEFEENSE

Any statements made by the defendant were made by him in good faith.

### SEVENTEENTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff has failed to prove malicious prosecution.

### EIGHTEENTH AFFIRMATIVE DEFENSE

The defendant states that the defendant was justified in his conduct and acts, and is therefore, not liable to the plaintiff as alleged in the Complaint.

### NINETEENTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's cause of action is barred because he has failed to exhaust his administrative remedies and comply with due process.

### TWENTIETH AFFIRMATIVE DEFENSE

The defendant states that there is no showing of attorney's fees spent by the plaintiff and no expert testimony to support such allegations.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

The defendant states that he is exempt from liability pursuant to M.G. L. c. 231, § 94A.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

The defendant states that he is immune from liability for any acts three years prior to the filing of plaintiff's complaint.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

In mitigation of damages, the defendant states that he acted in good faith and before instituting the proceedings of which the plaintiff complains, he was advised that the defendant had a legal right to do the things of which the plaintiff complains.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

The plaintiff may be collaterally estopped to complain of certain actions, based on certain actions by the Brockton District Court.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

The defendant states that there is no credible evidence of retaliation against the plaintiff.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

The defendant states that the acts of which the plaintiff complains do not comply with the requirements of 42 U.S.C. 1983.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

The plaintiff's complaint fails to show any constitutional deprivation of rights as required under 42 U.S.C. 1983.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred as to false imprisonment and other claims because he was held by the Division of Youth Services.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's complaint does not allege a cause of action compensable under M.G.L. c. 12, §11I.

## THIRTIETH AFFIRMATIVE DEFENSE

The defendant states that he is entitled to be reimbursed for his attorney's fees and costs from the plaintiff in the event that the defendant prevails at trial.

**THE DEFENDANT, DANIEL MATUKAS, DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

Respectfully submitted,

THE DEFENDANT,
Daniel Matukas,
By His Attorney,

DATED: July 21, 2004

Frank A. Smith, III – BBO #467500
FRANK A. SMITH, III & ASSOCIATES, P.C.
11 Beacon Street, Suite 1200
Boston, MA 02108
(617) 723-3273

## CERTIFICATE OF SERVICE

I, Frank A. Smith, III, Attorney for the defendant, Daniel Matukas, hereby certify that I have this day, July 21, 2004, served a copy of the within ANSWER OF DEFENDANT, DANIEL MATUKAS, AND JURY DEMAND, by first class mail, postage prepaid, to:

Andrew Stockwell-Alpert, Esq.
109 State Street
Boston, MA 02109
ATTORNEY FOR PLAINTIFF

Frank A. Smith, III