UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 SEP -8 P 1: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION
NO. 04-CV11000-WGY

| | |
|---|---|
| NILTON DEPINA, ppa<br>MARIA DEPINA,<br>    Plaintiffs<br><br>V.<br><br>DANIEL MATUKAS,<br>    Defendant | **LOCAL RULE 16.1 (D)(3) CERTIFICATION<br>OF DEFENDANT, DANIEL MATUKAS** |

Counsel for the defendant, Daniel Matukas, has conferred with the City of Brockton as to a budget for the litigation and alternative dispute resolution.

DANIEL MATUKAS,
Defendant

By _/s/ Frank A. Smith_
Frank A. Smith, III
BBO #467500
FRANK A. SMITH, III &
ASSOCIATES, P.C.
11 Beacon Street, Suite 1
Boston, MA 021
(617) 723-3273

CITY OF BROCKTON

By _/s/ Thomas L. Plouffe_
Thomas L. Plouffe
City Solicitor
Law Department, City Hall
45 School Street
Brockton, MA 02301-9927
(508) 580-7110

DATED: September 7, 2004