SCANNED

DATE: 9-20-04

BY: CMB

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 16 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| NILTON DEPINA ppa<br>MARIA DEPINS<br>    Plaintiff<br><br>v.<br><br>DANIEL MATUKAS<br>    Defendant | Civil Action<br>No. 04-CV11000-WGY |

## LOCAL RULE 16.1(D)(3) CERTIFICATION
## OF PLAINTIFF NILTON DEPINA

Plaintiff and his counsel have conferred as to a budget for the litigation and alternative dispute resolution of the above-captioned matter.

Respectfully submitted,

Manuel R. Pires
DeMiranda & Pires, L.L.C.
Andrew Stockwell-Alpert
109 State Street
Boston, MA 02109
(617) 720-4244
B.B.O. #481190

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party

9/8/04

1