UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV11000-WGY

NILTON DEPINA, ppa )
MARIA DEPINA, )
    Plaintiffs )
)
V. ) **LOCAL RULE 16.1 (D)(3)**
) **CONFERENCE STATEMENT**
DANIEL MATUKAS, )
    Defendant )
)

*[Handwritten: Sept 29, 2004, So ordered as the case management scheduling order. Discovery due June 30, 2005. Dispositive motions due July 31, 2005. William G. Young, Chief Judge]*

1.    JOINT DISCOVERY PLAN

    A.    Phase One:

        1.    Depositions of Parties and Witnesses: to be completed by June 30, 2005.

        2.    Document Production: pursuant to automatic disclosures required under Fed. R. Civ. P. 26(a)(1), within the time provided by Fed. R. Civ. P. 26(f).

        3.    Interrogatories and Requests for Admissions: anytime after the issuance of the scheduling order.

2.    PROPOSED SCHEDULE FOR MOTIONS

    A.    Motions for Summary Judgment/Judgment on Pleadings: to be filed by **July 31, 2005**.

3.    CERTIFICATIONS

    Plaintiffs' certification will be issued forthwith.

    Defendant's certification will be issued forthwith.

Respectfully submitted,

_____
Andrew Stockwell-Alpert
BBO #481190
109 State Street
Boston, MA  02109
(617) 720-4244
ATTORNEY FOR PLAINTIFFS

_____
Frank A. Smith, III
BBO # 467500
FRANK A. SMITH, III &
ASSOCIATES, P.C.
11 Beacon Street, Suite 1200
Boston, MA 02108
(617) 723-3273
ATTORNEY FOR DEFENDANT

DATED: September 7, 2004