UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NILTON DEPINA ppa )
MARIA DEPINS )
    Plaintiff )
)
v. )
)
DANIEL MATUKAS )
    Defendant )

Civil Action
No. 04-CV11000-WGY

## NOTICE OF CHANGE OF ADDRESS

The law offices of **Andrew Stockwell-Alpert** have moved.

**Old address**    109 State Street
Boston, MA 02109

**New Address**    11 Beacon Street
Suite 1210
Boston, MA 02108

The telephone number remains the same.

Respectfully submitted

Andrew Stockwell-Alpert
109 State Street
Boston, MA 02109
(617) 720-4244
BBO #481190

1