UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV11000-WGY

| | |
|---|---|
| NILTON DEPINA, ppa ) <br> MARIA DEPINA, ) <br>  Plaintiffs ) <br> ) <br> V. ) <br> ) <br> DANIEL MATUKAS, ) <br>  Defendant ) | **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41, all parties in the above-entitled matter stipulate that it may be dismissed with prejudice and without costs.

DATED AT BOSTON, MASSACHUSETTS THIS 27th DAY OF JULY, 2005.

Respectfully submitted,

Andrew Stockwell-Alpert
BBO #481190
11 Beacon Street
Boston, MA 02108
(617) 720-4244
ATTORNEY FOR PLAINTIFFS

Frank A. Smith, III
BBO # 467500
FRANK A. SMITH, III &
ASSOCIATES, P.C.
11 Beacon Street, Suite 1200
Boston, MA 02108
(617) 723-3273
ATTORNEY FOR DEFENDANT